SONIA IOANNOU *v.* BASIL IOANNOU

The plaintiff's "Motion to Vacate Dismissal of the Motion for Review" in the appeal from the Superior Court in New Haven County is dismissed by the court.

*Benjamin M. Chapnick,* in support of the motion.
*Susan W. Wolfson,* in opposition.

Submitted March 1—decided March 15, 1978

AURELIUS V. HEATH, JR. *v.* COMMISSIONER OF TRANSPORTATION OF THE STATE OF CONNECTICUT

The defendant's motion to expunge specific allegations from the plaintiff's brief in the appeal from the Superior Court in Fairfield County is denied by the court.

*Kenneth N. Tedford,* assistant attorney general, in support of the motion.
*Frank W. Murphy,* in opposition.

Submitted March 6—decided March 15, 1978

PASCAL DELLA VECCHIA *v.* ZONING BOARD OF APPEALS OF THE TOWN OF SOUTHINGTON ET AL.

The petition by the defendant Union Oil Company of California for certification for appeal from the Court of Common Pleas in Hartford County is denied by the court.

*Joseph Adinolfi, Jr.,* in support of the petition.
*Thomas P. Byrne,* in opposition.